IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv300

| | |
|---|---|
| AIR KIRIBATI LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAAMS, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Seal Document [# 4]. Plaintiff requests leave to file a confidential agreement under seal. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 4]. Plaintiff may file the 2013 Agreement under seal, and the document shall remain under seal until further Order of this Court.

Signed: December 1, 2014

Dennis L. Howell
United States Magistrate Judge

-1-