# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv300

| | |
|---|---|
| AIR KIRIBATI LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAAMS, LLC, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion for Discovery [# 26]. Plaintiff moves for leave to pursue early discovery pursuant to Local Rule 16.1(f) and Rule 26(d) of the Federal Rules of Civil Procedure. Plaintiff seeks leave to conduct a single inspection of the aircraft subject to the claims in Plaintiff's Complaint. Upon a review of the parties' pleadings, the record, and the relevant legal authority, the Court finds that Plaintiff has demonstrated good cause for the early discovery. As such, the Court **GRANTS** the motion [# 26]. The Court shall allow Plaintiff to inspect the De Havilland Twin Ottter DHC-6-300 aircraft bearing manufacture's serial number 831 at its current location. The inspection shall be limited to no more than six (6) hours. The parties shall agree upon a mutual agreeable time to conduct the inspection, provided that the inspection shall occur within the next thirty (30) days. If additional time is needed for the inspection or

the parties are unable to agree upon a date for the inspection within the next thirty days, the parties may request additional time from the Court to comply with this Order.

Signed: May 21, 2015

Dennis L. Howell
United States Magistrate Judge