THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00300-MR-DLH

| | |
|---|---|
| AIR KIRIBATI LIMITED, a Limited Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| CAAMS, LLC, a Delaware limited liability company, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Defendant's Notice of Stay [Doc. 40].

The Defendant has filed a notice with the Court that it has filed a bankruptcy case under Chapter 7 of the United States Bankruptcy Code. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2011); see also 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or

other action or proceeding against the debtor"). Accordingly, the Court will consider this action stayed.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** until further Order of the Court.

The Clerk of Court is respectfully directed to close this case administratively.

**IT IS SO ORDERED**.

Signed: November 16, 2015

Martin Reidinger
United States District Judge