THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00300-MR-DLH

| | |
|---|---|
| AIR KIRIBATI LIMITED, a Limited Company, ) ) ) Plaintiff, ) ) vs. ) ) CAAMS, LLC, a Delaware limited ) liability company, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on November 16, 2015, based on the Notice of Suggestion of Bankruptcy filed by Defendant CAAMS, LLC. [Doc. 41]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

**IT IS SO ORDERED.**

Signed: June 22, 2017

Martin Reidinger
United States District Judge