# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00300-MR-DLH

| | |
|---|---|
| AIR KIRIBATI LIMITED, a Limited Company, ) ) ) Plaintiff, ) ) vs. ) ) CAAMS, LLC, a Delaware limited ) liability company, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Status Report [Doc. 45].

Upon review of the parties' Status Report, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that, within 180 days of the entry of this Order, the parties shall file the pleadings necessary to dismiss this case.

**IT IS SO ORDERED.**

Signed: July 7, 2017

Martin Reidinger
United States District Judge